UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 00-20612
Summary Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

GENE LESSLEY PRICE,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Texas
USDC No. H-99-CR-313-2

_____

September 19, 2001

Before JONES, SMITH, and EMILIO M. GARZA, Circuit Judges.*

PER CURIAM:

Counsel for Gene Lessley Price has moved for leave to withdraw and has filed a brief as required by <u>Anders v. California</u>, 386 U.S. 738 (1967). Price has received copies of counsel's motion and brief and has filed a response. Our independent review of the brief, the response, and the record discloses no nonfrivolous issue

* Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

for appeal.  <u>See</u> <u>id.</u>  Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, Price's motion for new counsel is DENIED, and Price's APPEAL IS DISMISSED.  5th Cir. R. 42.2.